Michael J. SINDRAM, Plaintiff—Appellant,

v.

CITY OF TAKOMA PARK POLICE DEPARTMENT; K. Gilbert; Mr. Wolff, Terry Johnsson, Defendants—Appellees.

No. 10–1585.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 27, 2010.

Michael J. Sindram, Appellant Pro Se.

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Sindram appeals a district court order denying his motion for reconsideration. We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. *See Sindram v. City of Takoma Park Police*, No. 8:10–cv–00681–PJM (D. Md. filed Apr. 26, 2010; entered Apr. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*